UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE M. PITTOL<br>    Plaintiff, | :<br>:<br>: |
| V. | :   C.A. No.: 10-11562-DPW |
| US BANK, NATIONAL ASSOCIATION<br>    Defendant. | :<br>:<br>: |

### DEFENDANT, U.S. BANK'S MOTION TO DISMISS
### PLAINTIFF'S COMPLAINT

Defendant, U.S. Bank, National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A. ("U.S. Bank"), hereby moves to dismiss Plaintiff, Jose M. Pittol's ("Plaintiff") Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6). U.S. Bank states that Plaintiff fails to state any claims upon which relief can be granted. In further support of this motion, U.S. Bank respectfully refers the Court to the attached memorandum of law served in conjunction with this motion.

                              Defendant,
                              U.S. Bank, N.A.

                              By its attorneys,
                              SHECHTMAN HALPERIN SAVAGE, LLP


                              */s/Dean J. Wagner*
                              Dean J. Wagner, Esq. (#633181)
                              1080 Main Street
                              Pawtucket, RI 02860
                              (401) 272-1400 Telephone
                              (401) 272-1403 Facsimile
                              dwagner@shslawfirm.com

Dated: September 24, 2010

## *CERTIFICATE OF SERVICE*

I hereby certify that on this 24nd day of September 2010, that I have caused the within Motion to Dismiss to be filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

*/s/Dean J. Wagner*